IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                                    PLAINTIFF

v.                                              3:15CV00133-JM-JTK

KIM MUSE                                                                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

4. Plaintiff's motion for leave to proceed *in forma pauperis* (Docket No. 5) and motion for discovery (Docket No. 6) are denied as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 2nd day of June, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE